# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RYAN SCOTT PELLEGRIN

NO. 2026 KW 0037

**MAY 18, 2026**

---

In Re:   Ryan Scott Pellegrin, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0684-F-2022.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED AS MOOT**. The records of the St. Tammany Parish Clerk of Court indicate that the record in this case has been lodged with the Clerk of Court for the First Circuit Court of Appeal.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT